IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:19-cr-00021-GTS |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEPHEN J. TAUBERT** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO WEAR STREET CLOTHING AND REMAIN UNSHACKLED DURING TRIAL

The government hereby responds to the defendant's motion *in limine* to wear street clothing and remain unshackled during trial. *See* Dkt. No. 23. The government does not object to either of these requests from the defendant.

DATED:   March 8, 2019          Respectfully submitted,

                                                      GRANT C. JAQUITH
                                                    UNITED STATES ATTORNEY

                                                    */s/ Michael D. Gadarian*
BY:    */s/ Michael F. Perry*
                    Michael D. Gadarian (Bar Roll No. 517198)
                    Michael F. Perry (Bar Roll No. 518952)
                    Assistant United States Attorneys