# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| **Case No.** 5:19-cr-00394-SVW | **Date** February 11, 2020 |
| **Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
| **Interpreter** N/A | |

| Paul M. Cruz | Katie Thibodeaux | Peter Dahlquist, Robert Trisotto, Devin Myers |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | **Attorneys for Defendants:** | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Stahlnecker | X | X | | David R. Reed | X | X | |

☐ Day COURT TRIAL            ☒ Day JURY TRIAL            ☐ Death Penalty Phase
☐ One day trial;  ☒ Begun (1st day);  ☒ Held & continued;  ☐ Completed by jury verdict/submitted to court.

☒ The Jury is impaneled and sworn.
☒ Opening statements made    Plaintiff & Defendant
☒ Witnesses called, sworn and testified.
☒ Exhibits identified          ☒ Exhibits admitted
☒ Government rests.    ☒ Defendant(s) Robert Stahlnecker    rest.
☐ Motion for mistrial by _____ ☐ is ☐ granted ☐ denied ☐ submitted
☒ Motion for judgment of acquittal (FRCrP 29) ☐ is ☐ granted ☒ denied ☐ submitted
☐ Closing arguments made    ☐ Court instructs jury    ☐ Bailiff sworn
☐ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.
☐ Alternates excused    ☐ Jury retires to deliberate    ☐ Jury resumes deliberations
☐ Finding by Court as follows:        ☐ Jury Verdict as follows:
Dft # ___ ☐ Guilty on count(s) ___        ☐ Not Guilty on count(s) ___
☐ Jury polled        ☐ Polling waived
☐ Filed Witness & Exhibit lists  ☐ Filed Jury notes  ☐ Filed Jury Instructions  ☐ Filed Jury Verdict
Dft # ___ ☐ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
Dft # ___ ☐ remanded to custody.  ☐ Remand/Release# ___ issd.  Dft # ___ ☐ released from custody.
☐ Bond exonerated as to Dft # ___
☒ Case continued to  Wednesday, February 12, 2020  for further trial/further jury deliberation.
☐ Other: ___

                                                                8 : 55
                                                    Clerks Initials:  PMC