# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3ᴿᴰ FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5ᵀᴴ FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

March 26, 2019

Honorable Glenn T. Suddaby
Chief United States District Court Judge
100 South Clinton Street
Syracuse, New York 13202

RE:   UNITED STATES v. STEPHEN TAUBERT
       CASE NO.: 5:19-CR-0021

Dear Chief Judge Suddaby:

On March 20, 2019, a jury found Stephen Taubert guilty of three felonies. (Dkt. No. 51.) The Court remanded Mr. Taubert to custody pending sentencing.

On March 26, 2019, the medical department at the Oneida County Jail contacted Christopher Amoia of the United States Marshals Service regarding Mr. Taubert. The jail advised Mr. Amoia that Mr. Taubert is in grave medical danger because he has refused to take his medications. The jail has requested that Mr. Taubert be removed from custody at Oneida County Jail. The jail also placed its concerns in writing. (*See attached letter dated March 26, 2019.)*

At approximately 3:45 p.m. on March 26, 2019, Mr. Amoia alerted me to these concerns. Mr. Amoia stated that there are no suitable facilities available for Mr. Taubert given his medical situation. Mr. Amoia asked me to report these issues to the Court and request Mr. Taubert's release.

In accord with my conversation with Mr. Amoia, I am writing this letter to request Mr. Taubert's release pending sentencing pursuant to 18 U.S.C. § 3145(c). I have discussed the issue briefly with Assistant United States Attorney Michael Perry. Mr. Perry is currently en route by

airplane to Syracuse and is thus unable to formally join in or oppose this request. He has advised me that he will contact the Court with the government's position when it is possible for him to do so.

Assuming for the purposes of this request only that Mr. Taubert's convictions qualify as "crimes of violence," release is appropriate given the dire medical circumstances. A defendant convicted of a "crime of violence" and awaiting sentencing may be released under 18 U.S.C. § 3145(c) if (1) he is not likely to flee or pose a danger to the community (18 U.S.C. § 3143(a)(1); and (2) "it is clearly shown that there are exceptional reasons why [the defendant's] detention would not be appropriate." *United States v. Lea,* 360 F.3d 401, 403 (2d Cir. 2004) (internal citations omitted).

The Second Circuit has recognized that "[n]either the statute nor case law defines the circumstances which may qualify as exceptional reasons permitting release." *United States v. DiSomma,* 951 F.2d 494, 497 (2d Cir.1991). Because Congress has not defined "exceptional" under § 3145(c), the Court must construe the term according to its "plain and ordinary meaning." *Fashion Boutique of Short Hills, Inc. v. Fendi USA, Inc.,* 314 F.3d 48, 56 (2d Cir.2002) (citations omitted). Webster's Dictionary defines "exceptional" as "being out of the ordinary" or "uncommon, rare." *Webster's Third New International Dictionary* 791 (1993). "Exceptional circumstances exist where there is a unique combination of circumstances giving rise to situations that are out of the ordinary." *Lea*, 360 F.3d at 402 (internal citations omitted). "The test under § 3145(c) is necessarily a flexible one, and district courts have wide latitude to determine whether a particular set of circumstances qualifies as 'exceptional.'" *Id.*

One factor that a court consider under § 3145(c) is whether pre-sentence detention would impose unusual hardship on a defendant due to illness or injury. *United States v. Sabhnani*, 529 F. Supp. 2d 377, 382 (E.D.N.Y. 2007). Here, Mr. Taubert's medical condition is extremely serious. The facility to which he has been remanded is unable to care for him. The United States Marshals Service does not believe that any such facility is available. Mr. Taubert has, in past conversations with counsel, indicated that he is willing to submit to the care of the VA Hospital in Syracuse. He has family members available to transport him from the Oneida County Jail to the VA.

For the reasons discussed above, exceptional circumstances render Mr. Taubert's continued detention inappropriate. The defense therefore respectfully requests that the Court

order that Mr. Taubert be released pending sentencing in order to seek medical care at the VA Hospital.

Thank you for your attention to this matter.

Very truly yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:   s/ *Courtenay K. McKeon*
      Courtenay K. McKeon, Esq.
      Assistant Federal Public Defender

cc:   Michael Gadarian, AUSA; Michael Perry, AUSA (by ECF and email)
      Chris Amoia, USMS (by email)
      Stephen Taubert, Oneida County Jail (by mail)

CBH Medical, P.C. 

March 26, 2019

To: Chris Amoia
Department of Justice

Regarding : Stephen Taubert
Inmate ID ▮▮▮  DOB 10-28-▮

Dear Mr. Amoia,

This letter is to inform you of our concerns regarding Federal Inmate Stephen Taubert. Since Monday morning march 25 th, Stephen Taubert is currently refusing ALL medications. Stephen Taubert requires blood thinners due to cardiac issues and could potentially throw a clot, Stroke, Pulmonary Emboli, or have a heart attack should he continue to refuse his medications. Medical department on site at the Oneida County Jail have attempted to try different ways of coaxing Stephen Taubert into taking his medications without success. While I cannot fully explain Stephen Taubert's medical condition to outside medical sources it is imperative you are made aware of his current situation may have reached a critical point whereupon a poor outcome could potentially occur. Stephen Taubert has been moved to constant watch and is being checked every shift by medical personnel. Your assistance in this matter would be greatly appreciated.

Thank you,

Nancy Menter RN, HSA
Oneida County Jail
CBH Medical

CC. Cpt. Zurek
Oneida County Jail

980 Harvest Drive, Suite 202, Blue Bell, Pennsylvania 19422 • (215) 542-5800 • fax: (215) 933-5630