# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

<u>Syracuse Office</u>

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

<u>Albany Office</u>

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

March 29, 2019

Honorable Glenn T. Suddaby
Chief United States District Court Judge
100 South Clinton Street
Syracuse, New York 13202

RE: **UNITED STATES v. STEPHEN TAUBERT**
    **CASE NO.: 5:19-CR-0021**

Dear Chief Judge Suddaby:

United States Probation Officer Janna Kulakowski and I met with Stephen Taubert this morning at the Oneida County Jail. Ms. Kulakowski interviewed Mr. Taubert for his Presentence Investigation Report. After observing their interactions and speaking with Mr. Taubert myself, I believe that Mr. Taubert is competent to proceed with sentencing. Ms. Kulakowski voiced a similar opinion. Mr. Taubert assured both of us that he would resume taking his medication. Based on today's interactions, it does not appear that any competency proceedings are necessary.

Thank you for your attention to this matter.

Very truly yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:  s/ *Courtenay K. McKeon*
     Courtenay K. McKeon, Esq.
     Assistant Federal Public Defender

cc: Michael Gadarian, AUSA (by ECF)
    Michael Perry, AUSA (by ECF)
    Stephen Taubert, Oneida County Jail (by mail)