

Stephen Toupent
Case DNYNE19CR00021-001
I cannot make payment
while imprisonment. I will
make full payment when
released on credit card.
Also please send 2019
Federal Tax Returns to
MC
Stephen Toubert
#-9 25293052
Federal Medical Center
PMB 4000
Rochester MN 55903-4000

Rochester MN is not a
medical facility. I am
not reciving proper
medical care.
This institution must be
shut down.

To the court
Stephen Taubert
Case Number DNYN519CR000021-001

Compassionate Release

I am asking the court, at mercy to release me, so I can take care of my medical needs. I have ENLARGED prostate, are two can't see a vrologist. I am to have ultra sound on kidney, still have not recieved. I have not seen a Neurologist, I have severe headaches and vision, dizziness my Legs I no longer can walk. I am in sheer torture, my R shoulder Roto cult tear, in agony. I am pleading with court

Stephen Taubert
DKT # 19CR00021-001
to District Court

On Jan 17 2019 U.S. Marshall took my house keys. They never gave to Oneida County Jail. I want my keys.

From Oneida County Jail commissary
Radio purchased
Nail clippers at act
my wallet $500 cash
license, credit card
medicard, x card
Belt
LL Bean coat
Old Navy Jeans
DC School black shoes
Radio and Nail clippers purchase at Brooklyn
Sister Joan Little 315——
315 2 649131 told

COMMITTED NAME: STEPHEN TAUBERT
REG. NO. & QTRS.: 25893052
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

CLERK
US DISTRICT COURT
FEDERAL BLDG
100 S CLINTON ST
PO BOX 7367
SYRACUSE NY 13261

RECEIVED
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
FEB 11 2020